No. 69088.—Victor England Co., Inc., et al. *v.* United States, protests 61/19697, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

No. 69089.—Coles Cranes, Inc. *v.* United States, protests 61/6131–11645, 61/6144–11643, and 61/6145–11639 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.

No. 69090.—Coles Cranes, Inc. *v.* United States, protests 61/6142–12148, 61/6141–12137, and 61/6140–12132 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 24, 1965

No. 69091.—Holdwire, Ltd. *v.* United States, protest 59/26915(C) (Los Angeles).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).